No. 67594.—Rice Barton Corporation *v*. United States, protest 61/18649 (Boston).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to that the subject of Abstract 66225, the claim of the plaintiff was sustained.